supra. It will be especially noted, however, that this deposit does not consist, either in whole or in part, of cash money.

Article 4976 makes it the duty of the State Treasurer to pay final judgments out of the above fund under certain circumstances. But such article provides no procedure by which the Treasurer may discharge this duty in the way and manner expressly provided by statute when the deposit consists of securities, and not money. As already said, he has no money in his hands belonging to this Insurance Company, and the statute provides no machinery or method by which he can convert the securities held by him into cash. It follows that though the fund is undoubtedly a trust fund and can be subjected to any liability which may exist against this Insurance Company in favor of E. G. Senter by reason of the facts of this record above detailed, still for the reasons stated such liability cannot be enforced by mandamus as here sought. Phillips v. Perue, supra.

In overruling the motion to file petition for mandamus and motion for rehearing thereon, this court did not prejudice any other remedy relator may have against this Insurance Company. Furthermore, we do not express any opinion on the merits of the dispute between relator and the Insurance Company.

Opinion adopted by the Supreme Court.

**PALMETTO LUMBER CO. et al. v. GIBBS et al.**

Motions Nos. 11876–11878; No. 6356.

Supreme Court of Texas.

May 15, 1935.

For former opinion, see (Tex. Com. App.) 80 S.W.(2d) 742.

John G. Logue, W. J. Howard, Homer Mabry, Charles C. McRae, and Andrews, Streetman, Logue & Mobley, all of Houston, for plaintiffs in error.

W. L. Dean and Dean & Humphrey, all of Huntsville, and T. Martin Davis, W. H. Walne, S. H. German, and Baker, Botts,

Andrews & Wharton, all of Houston, for defendants in error.

CRITZ, Judge.

This case is again before us on three motions filed by plaintiffs in error as follows:

Motion No. 11876 for rehearing filed by Palmetto Lumber Company, A. C. Ford, R. W. Miller, and A. L. Black.

Motion No. 11877 for rehearing filed by A. C. Ford, R. W. Miller, and A. L. Black.

Motion No. 11878 to correct certain statements made in our original opinion, filed by all of the above-named plaintiffs in error.

In our original opinion we stated that the consideration for the deed of date October 3, 1907, was entirely usurious interest in the sum of $47,643.75. In the motion to correct it is called to our attention that the consideration for this deed was usurious interest on a loan for $47,643.75. We acknowledge this error, but it has no effect on the legal questions involved.

In the original opinion with reference to the $198,750, we stated that this was an indebtedness independent of the indebtedness for $47,643.75, above mentioned. In the motion to correct it is called to our attention that the $198,750 included the sum of $47,643.75, but did not include the usurious interest on the latter sum. We acknowledge this error, but think it is also immaterial.

We have read and carefully considered both motions for rehearing, and same are in all things overruled.